# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 4, 2015

## NO. 03-14-00613-CV

**Harlingen Family Dentistry, P.C., Appellant**

**v.**

**ACS State Healthcare, LLC and The State of Texas, Appellees**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BOURLAND

This is an appeal from the judgment signed by the trial court on September 18, 2014. Harlingen Family Dentistry, P.C. has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.